FILED

AUG - 9 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Angela Denise Nails,                          )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )    Civil Action No.    10 1331
                                              )
United States Department of Labor,            )
                                              )
            Defendant.                        )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint dismissed for

lack of subject matter jurisdiction.

Plaintiff is a resident of Napier Field, Alabama, suing the Department of Labor ("DOL")

for what appears to be a workers' compensation claim stemming from an alleged burn to her leg

suffered on the job. She appears to fault her unidentified employer for failing "to file the proper

documents" with DOL's Office of Workers' Compensation Program. *See* Compl. ¶¶ 17-19. The

cryptic complaint allegations fail to provide a basis for this court to exercise jurisdiction.[1] To the

extent that plaintiff is challenging a decision about workers' compensation benefits, the "[Federal

Employees Compensation Act] contains an 'unambiguous and comprehensive' provision barring

any judicial review of the Secretary of Labor's determination of FECA coverage." *Southwest*

*Marine, Inc. v. Gizoni*, 502 U.S. 81, 90 (1991) (citing *Lindahl v. Office of Personnel*

*Management*, 470 U.S. 768, 780, and n. 13 (1985); 5 U.S.C. § 8128(b)); *see Heilman v. U.S.*, 731

---

[1] Plaintiff invokes the Constitution, but she has stated no facts to support a constitutional violation.

(N)

3

F.2d 1104, 1109 (3rd Cir. 1984) (the Secretary of Labor administers the FECA and "is the ultimate arbiter of the amount, if any, of compensation" awarded thereunder). The Court therefore concludes that it lacks subject matter jurisdiction over the complaint. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: July 29, 2010